SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>Ronald W. Horak, et al<br><br>        Defendants | Case No. **2:06-cv-00366-GEB-GGH**<br><br>**JOINT STIPULATION AND PROPOSED ORDER RE REQUEST TO VACATE MAY 23, 2006 STATUS ORDER** |

   Plaintiff, Scott N. Johnson, and Defendants, Ronald W. Horak and Billy L. Horak, by and through their designated counsel of record, (Scott N. Johnson; Gene G. Muramoto) hereby stipulate to vacate Judge Garland E. Burrell Jr.'s May 23, 2006 Status Order due to the fact that Defendant Billy L. Horak is deceased.

Dated: May 3, 2007         /s/Scott N. Johnson ____

                           Scott N. Johnson,

                           Plaintiff, In Pro Per

STIPUALTION AND PROPOSED ORDER REQUEST TO VACATE MAY 23, 2006 STATUS ORDER

CIV: S-06-cv-00366-GEB-GGH - 1

Dated: May 4, 2007                /s/Gene Muramoto_____

                                  Gene Muramoto,

                                  Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to Monday, June 18, 2007. The parties shall file a Revised Joint Status Report with the court not later than fourteen days prior to the scheduling conference.

Date:  May 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPUALTION AND PROPOSED ORDER REQUEST TO VACATE MAY 23, 2006 STATUS ORDER

CIV: S-06-cv-00366-GEB-GGH - 2