IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>RONALD W. HORAK, d/b/a STANDARD )<br>APPLIANCE PARTS; BILLY L. HORAK, )<br>Individually and as trustee, or )<br>successor Trustee, of the Billy L. )<br>Horak 1995 Revocable Trust, under a)<br>declaration of Trust dated 02/15/95)<br> )<br> Defendants. )<br> ) | 2:06-cv-00366-GEB-GGH<br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

 On May 8, 2008, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than June 5, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to

1 file dispositional papers on the date prescribed by the Court may be
2 grounds for sanctions.").
3        IT IS SO ORDERED.
4 Dated:  May 9, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge